## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

| | |
|---|---|
| ATLANTIC SPECIALTY INSURANCE COMPANY AS SUBROGEE OF HIXSON AUTOMOTIVE LLC | CIVIL ACTION NO. |
| | JUDGE |
| VERSUS | MAGISTRATE |
| FORD MOTOR COMPANY | |
| | SECTION |
| | A JURY TRIAL IS REQUESTED |

## NOTICE OF REMOVAL
## AND REQUEST FOR JURY TRIAL

To: The Honorable Judges
of the United States District Court
for the Western District of Louisiana

Defendant, Ford Motor Company ("Ford"), through undersigned counsel and pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, hereby files this Notice of Removal of the action entitled "*Atlantic Specialty Insurance Company as subrogee of Hixson Automotive LLC v. Ford Motor Company*" Civil Docket No. 2016-0917, Division "C5," on the docket of the Fourth Judicial District Court for the Parish of Ouachita, State of Louisiana. In support of its Notice of Removal, Ford respectfully represents:

1.

This civil action is a matter over which this Court has original jurisdiction by virtue of 28 U.S.C. § 1332 and is one which may be removed to this Court by the defendant under the

provisions of 28 U.S.C. §1441(b), in that it is a civil action among diverse parties who are citizens of different states, and plaintiff's claims involve an amount in controversy that exceeds $75,000.00, exclusive of costs and interest.

2

Atlantic Specialty Insurance Company as subrogee of Hixson Automotive LLC ("Atlantic") commenced the captioned action by filing Plaintiff's Original Petition for Damages on March 28, 2016, against Ford Motor Company in the Fourth Judicial District Court for the Parish of Ouachita. To the knowledge of Ford, the only substantive pleading filed in the record of the state court proceeding is the Petition. See Exhibit "A," Petition for Damages.

3.

Ford received service of the Petition for Damages on April 6, 2016. Exhibit "B," CT Corporation Service of Process Transmittal. Pursuant to 28 U.S.C. §1446(b), a defendant has thirty (30) days from the date that it is served to file a Notice of Removal. Accordingly, the subject Notice of Removal is timely.

4.

The Fourth Judicial District Court for the Parish of Ouachita is located within the United States District Court for the Western District of Louisiana. Therefore, venue is proper in the Western District of Louisiana in accordance with 28 U.S.C. § 1441(a) because it is the "district and division embracing the place where such action is pending."

5.

Pursuant to 28 U.S.C. §§ 1446(a) and 1447(b), a copy of the Petition for Damages is attached hereto as Exhibit "A." A copy of the full state court record will be timely furnished to the Court upon receipt of same.

6.

Pursuant to 28 U.S.C. § 1446(d), undersigned counsel avers that contemporaneously with the filing hereof, Ford has given notice to all adverse parties whose identities are known, and Ford has filed a copy of this Notice of Removal with the Clerk of the State Court.

7.

Ford is the only defendant in the state-court action, and by filing this Notice of Removal, it consents to removal.

### DIVERSITY JURISDICTION PURSUANT TO 28 U.S.C §1332

8.

This Court has original jurisdiction over the instant dispute pursuant to 28 U.S.C. § 1332 (a)(1) because this is a civil action where the necessary, indispensable and real parties in interest are citizens of different states and the amount in controversy exceeds $75,000.00, exclusive of interest and costs. Therefore, this matter is removable pursuant to 28 U.S.C. § 1441(a).

**All Parties are Diverse**

9.

There is complete diversity of citizenship between the plaintiff and Ford. Upon information and belief, Atlantic Specialty Insurance Company is a foreign corporation, incorporated in the state of New York and having its principal place of business in New York.

10.

In the event that Atlantic takes the citizenship of its insured, Hixson Automotive LLC, Hixson Automotive LLC is a limited liability company incorporated under the laws of the State of Louisiana. Upon information and belief, the sole member of Hixson Automotive LLC is Hixson Automotive Group, L.L.C., a limited liability company incorporated under the laws of

the State of Louisiana. Upon information and belief, the members of Hixson Automotive Group, L.L.C., are:

1. Edley Hixson, a resident and domiciliary of Louisiana.

2. Dallas Hixson, a resident and domiciliary of Louisiana.

3. Clinton Hixson, a resident and domiciliary of Louisiana.

Therefore, Hixson Automotive LLC is considered to be a citizen of the state of Louisiana.

11.

Defendant, Ford, is a foreign corporation, organized in the state of Delaware and having its principal place of business in Michigan. Therefore, Ford is diverse from the plaintiff.

12.

For the foregoing reasons, Ford submits that there is complete diversity between all parties, and this Court is vested with subject matter jurisdiction over the action pursuant to 28 U.S.C. § 1332.

### The Amount in Controversy Exceeds $75,000.00

13.

Atlantic's claims stem from a fire that caused property damage at the Hixson Automotive LLC repair facility located in Monroe, Louisiana, on April 4, 2015. Exhibit "A," Petition for Damages at ¶ 5-7. The property allegedly damaged was insured by Atlantic. *Id*. at ¶ 12-13. Atlantic alleges that a defect in a 2014 Ford F-350 manufactured by Ford caused the subject fire. Id. at ¶ 14-19. In accordance with these allegations, Atlantic alleges that the subject vehicle is defective under the Louisiana Products Liability Act. *Id*.

14.

Atlantic did not plead a specific monetary amount in its Petition for Damages. However, based on the allegations contained in the Petition and Atlantic's pre-suit representations, the amount paid by Atlantic on this claim exceeds the jurisdictional minimum of $75,000.00, exclusive of costs and interest.

15.

In its Petition, Atlantic alleges that, as Hixson Automotive LLC's insurer, it paid an unspecified amount to Hixson Automotive LLC for property damage and lost business revenue as a result of the fire. Exhibit "A," ¶ 13. Specifically, Atlantic alleges it paid damages related to: "(1) repairing and/or cleaning the damaged immovable property; (2) repairing and/or replacing fire damaged business personal property; and (3) lost business income." *Id.* at ¶ 13. Atlantic alleges that it is legally subrogated to the rights of Hixson Automotive LLC to pursue the damages claimed in its Petition. *Id.*

16.

Additionally, Atlantic advised Ford prior to initiating suit that it has paid approximately $600,000.00 in connection with this claim, which it now seeks to recoup. Exhibit "C," Letter from plaintiff's counsel dated October 9, 2015. Atlantic alleges that it has satisfied this debt for "property damage and lost business revenue – that was owed by a third-party," and has filed suit against Ford to recover the amount paid in connection with this claim. Exhibit "A," at ¶ 13 and Prayer. Accordingly, the amount in controversy is the amount paid by Atlantic on this claim, approximately $600,000.00, which exceeds the requirement of 28 U.S.C. § 1332.

17.

Atlantic has not limited its damages in any way. While Ford admits no liability, nor any element of damages, Ford has met its burden of showing that the amount in controversy exceeds the jurisdictional amount required for removal pursuant to 28 U.S.C. §§ 1332 and 1441. For the foregoing reasons, Ford submits that the amount in controversy reasonably exceeds $75,000.00, and this Court is vested with subject matter jurisdiction over the action pursuant to 28 U.S.C. § 1332.

18.

This removal is made with Ford reserving all rights to assert and plead any and all defenses to the claims presented by Atlantic, including, but not limited to, those defenses specifically enumerated in Rule 12(b) of the Federal Rules of Civil Procedure.

19.

No previous application has been made for the relief requested herein.

20.

Ford requests and is entitled to a trial by jury on all issues herein.

21.

The Notice of Removal is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure and Uniform Local Rules of the District Courts.

**WHEREFORE**, defendant, Ford Motor Company, prays that the action now pending in the Fourth Judicial District Court for the Parish of Ouachita, State of Louisiana, bearing Docket No. 2016-0917, Section "C5," be removed to this Honorable Court and for a trial by jury of all issues of fact.

Respectfully submitted,

/s/ Keith W. McDaniel
**KEITH W. MCDANIEL** (Bar No. 17992)
**JOSHUA H. DIERKER** (Bar No. 35109)
McCRANIE, SISTRUNK, ANZELMO,
HARDY, McDANIEL, & WELCH LLC
195 Greenbriar Boulevard, Suite 200
Covington, LA   70433
Telephone:   (504) 831-0946
Facsimile:   (800) 977-8810
Email:  kmcdaniel@mcsalaw.com
         jdierker@mcsalaw.com
**ATTORNEYS FOR FORD MOTOR COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on **May 2, 2016**, I electronically filed the foregoing with the Clerk of Court for the Western District of Louisiana using the CM/ECF system and served a copy of the following on:

> Jake Skaggs, Esq.
> COZEN O'CONNOR
> Lyondell Basell Tower
> 1221 McKenney, Suite 2900
> Houston, TX  77020
> 832-214-3926 (T)
> 832-214-3905 (F)
> jskaggs@cozen.com
> *Attorneys for Plaintiff*

/s/ Keith W. McDaniel